UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT POOLER (#234804)                                  CIVIL ACTION

VERSUS

KATHLEEN BLANCO, GOVERNOR, ET AL.                        NO. 07-0175-A-M3

## RULING ON MOTION

This matter comes before the Court on the plaintiff's Motion for Temporary Restraining Order and/or a Preliminary Injunction, rec.doc.no. 8.

The pro se plaintiff, an inmate confined at Elayn Hunt Correctional Center, St. Gabriel, Louisiana, brought this action pursuant to 42 U.S.C. § 1983 against Governor Kathleen Blanco, Secretary Richard Stalder and Warden Burl Cain, complaining that the defendants have violated his constitutional rights by exposing him to unconstitutional conditions of confinement at LSP, notably in the form of unhygienic conditions in the LSP food preparation areas.

In the plaintiff's motion for preliminary injunctive relief, he asserts that he has been threatened with bodily harm if he continues to pursue his claim against prison officials. The plaintiff further asserts that these threats of retaliation, while not made by prison officials named as defendants herein, have been made on behalf of the named defendants. He prays for an order "directing the State of Louisiana and any of its Agents thereof to refrain from any and all forms of retaliation".

The Court finds that the plaintiff's motion is lacking in sufficient factual detail and sufficient allegations of actual harm or injury such as would support a finding that he will suffer irreparable injury if injunctive relief is not granted. He does not allege that any prison official has subjected him to injury in fact, and there is insufficient information provided which would allow the Court to

evaluate the seriousness of any verbal threats which have been made against him. Accordingly, the Court finds that there is an insufficient factual basis upon which to make a finding that the plaintiff faces a real danger of actual and immediate harm. It appears, therefore, that his claims are susceptible of being adequately addressed in an ordinary proceeding and that his request for injunctive relief should be denied. Specifically, the plaintiff has failed to establish, with any degree of certainty, any of the four elements warranting such relief at the present time: (1) irreparable injury, (2) an absence of harm to the defendants if injunctive relief is granted, (3) an interest consistent with the public good, and (4) a substantial likelihood of success on the merits. Canal Authority v. Callaway, 489 F.2d 567 (5th Cir. 1974). Accordingly,

**IT IS ORDERED** that the plaintiff's Motion for Temporary Restraining Order and/or a Preliminary Injunction, rec.doc.no. 8, be and it is hereby **DENIED**.

Signed in Baton Rouge, Louisiana, on this 5th day of March, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE