UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT POOLER (#234804)

VERSUS                                          CIVIL ACTION NO.: 07-175-JVP-DLD

KATHLEEN BLANCO, GOVERNOR,
ET AL

## JUDGMENT

For written reasons assigned and filed herein;

**IT IS ORDERED** that judgment is hereby entered in favor of defendants,

Kathleen Blanco, Richard Stalder, Burl Cain, Woodrow Lindsey, Archie Dubar, and

Unknown Armand, and against the plaintiff, Robert Pooler, and this action is hereby

**DISMISSED,** with prejudice.

Baton Rouge, Louisiana, November 3, 2008.

_____
JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA